UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SKT2, LLC, d/b/a Kägwerks,

Plaintiff,

v.

RIVET INDUSTRIES, INC. and
ROBERT H. LUKE,

Defendants.

Civil Action No. 1:25-cv-03904-TSC

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Civil Rule 83.6(b), please withdraw the appearance of the undersigned, Stephen R. Smith, Joseph E. Van Tassel, and Katelyn Kang, in the above-captioned matter on behalf of Defendant Robert H. Luke ("Luke"). Stephen R. Smith, Joseph E. Van Tassel, and Katelyn Kang will continue to represent Defendant Rivet Industries, Inc. in the above-captioned matter. Defendant Luke will continue to be represented in this matter by his other counsel whose appearances are entered in this case.

Dated: December 23, 2025

Respectfully submitted,

COOLEY LLP

By: */s/Stephen R. Smith*
Stephen R. Smith (Bar No. 453719)

1299 Pennsylvania Avenue NW, Suite 700
Washington, District of Columbia 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: stephen.smith@cooley.com

Joseph E. Van Tassel (*pro hac vice*)
Reston Town Center
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: jvantassel@cooley.com

Katelyn Kang (*pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6849
Facsimile: (212) 479-6275
Email: kkang@cooley.com

*Attorneys for Defendant Rivet Industries, Inc.*