UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SKT2, LLC, d/b/a Kägwerks,

Plaintiff,

v.

RIVET INDUSTRIES, INC. and
ROBERT H. LUKE,

Defendants.

Civil Action No. 1:25-cv-03904-TSC

**CLIENT CONSENT TO WITHDRAWAL OF COUNSEL**

Defendant Robert H. Luke ("Luke") hereby consents to the withdrawal of Stephen R. Smith, Joseph E. Van Tassel, and Katelyn Kang of Cooley LLP as his counsel in the above-captioned matter.

Defendant Luke will continue to be represented by Ambika J. Biggs and Robert R. Vieth of Hirschler Fleischer, PC, who filed Notices of Appearance on December 17, 2025.

Dated: December 20, 2025

ROBERT H. LUKE